IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE CHAUNCEY,

    **Plaintiff,**

v.                                                      Case No. 1:24-cv-18-AW-ZCB

MERIDIAN BEHAVIORAL
HEALTHCARE INC.,

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 7. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on February 16, 2024.

                                                          s/ *Allen Winsor*
                                                          United States District Judge